USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
GERDA GATLING, :
:
                Plaintiff, :
: 19-cv-6665 (LJL)
    -v- :
: ORDER
KAZLOW SANDERS & GOLEMI, PC d/b/a KAZLOW :
& KAZLOW, ATTORNEYS AT LAW and GENE R. :
KAZLOW, :
:
                Defendants. :
:
-------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

    This case has been randomly reassigned to me for all purposes. It is hereby:

    ORDERED that the parties shall submit a joint letter to the Court updating the Court on the status of the case no later than March 20, 2020. Pursuant to Paragraph 1(A) of the Court's Individual Practices in Civil Cases (available at https://www.nysd.uscourts.gov/hon-lewis-j-liman.), parties should file the letter on ECF and should not submit courtesy copies. The status letter should address the following subjects:

1. A brief statement of the nature of the case and the principal defenses thereto;

2. A statement of all existing deadlines, due dates, and/or cut-off dates;

3. A brief description of any motions which have been made and decided and a confirmation that there are no pending motions and no pending appeals;

4. A statement describing the status of any discovery in the case;

5. A statement describing the status of any settlement discussions.

    Unless otherwise notified by the Court, all deadlines contained in any Scheduling Order or Case Management Plan will remain in effect notwithstanding the case's transfer. The status conference previously scheduled for March 27, 2020 at 3:45 p.m. will take place on that date and that time in Courtroom 15C of the U.S. District Court for the Southern District of New York, 500 Pearl Street, New York, New York.

    SO ORDERED.

Dated: March 9, 2020
       New York, New York
                                                  LEWIS J. LIMAN
                                                 United States District Judge